IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALWIN SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA SUBSTANCE ABUSE<br>TREATMENT FACILITY, et al.,<br><br>    Defendants. | 1:06-CV-01124-AWI-LJO-P<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY DAYS |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis did not include plaintiff's signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; F.R.C.P. 11(a). Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis **or** pay the $350.00 filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

    2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, to pay the $350.00 filing fee

1 for this action.   Plaintiff is not required to submit another copy of his trust account statement.  Failure
2 to comply with this order will result in a recommendation that this action be dismissed.

4 IT IS SO ORDERED.

5 **Dated:    September 26, 2006**              **/s/ Lawrence J. O'Neill**
   i0d3h8                                       UNITED STATES MAGISTRATE JUDGE