UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALWIN SMITH, | 1:06-cv-01124-LJO-NEW (DLB) PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13) |
| vs. | |
| CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY, et al., | **ORDER DISMISSING CLAIM AGAINST DEFENDANT GRANNIS AND DEFENDANT GRANNIS FROM ACTION, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS** (Doc. 12) |
| Defendants. | |

Plaintiff Alwin Smith ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 19, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings

///

1

and Recommendations was to be filed within thirty days.  On June 25, 2007, plaintiff filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 19, 2007, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's amended complaint, filed March 15, 2007, against defendants Nguyen, Martinez, and McGuinness for acting with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment;

3. Plaintiff's Eighth Amendment claim against defendant Grannis is DISMISSED, with prejudice, for failure to state a claim and defendant Grannis is dismissed from this action; and

4. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   August 24, 2007**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE