# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALWIN SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY, et al.,<br><br>  Defendants. | CASE NO. 1:06-cv-01124-LJO-GSA PC<br><br>ORDER DENYING MOTION TO COMPEL AND FOR EXPENSES, WITHOUT PREJUDICE TO RENEWAL WITHIN THIRTY DAYS<br><br>(Doc. 28)<br><br>ORDER STRIKING DISCOVERY RESPONSES<br><br>(Docs. 29 and 30) |

Plaintiff Alwin Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed March 15, 2007, against Defendants Nguyen, Martinez, and McGuinness for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment. On July 23, 2008, Plaintiff filed a motion to compel further responses to his interrogatories and for expenses, and on August 8, 2008, Plaintiff filed his responses to Defendants' interrogatories and request for production of documents.

Plaintiff's motion to compel and for expenses was not accompanied by the interrogatories at issue or Defendants' responses.[1] The Court cannot address a motion to compel unless it has before it the discovery requests and responses at issue. Plaintiff's motion shall be denied, without prejudice

---

[1] It appears Plaintiff intended to attach them, but they were not received by the Court.

1  to renewal.  Because the discovery deadline was August 19, 2008, Plaintiff shall be granted thirty
2  days within which to renew his motion to compel.  This extension is limited to the fourteen
3  interrogatories at issue in his motion to compel of July 23.
4      Pursuant to the Court's First Informational Order, the parties are not to file discovery with
5  the Court unless it is the subject of a discovery dispute or other proceeding.  Plaintiff's responses to
6  Defendants' discovery requests are not at issue with respect to a motion to compel or other
7  proceeding.  Therefore, they should not have been filed and shall be stricken from the record.
8      For the reasons set forth herein, it is HEREBY ORDERED that:
9  1.   Plaintiff's motion to compel and for reasonable expenses, filed July 23, 3008, is
10       DENIED, without prejudice to renewal within **thirty (30) days** from the date of
11       service of this order; and
12  2.   Plaintiff's discovery responses are STRICKEN from the record.

15  IT IS SO ORDERED.

16  Dated:   **October 9, 2008**          /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE