IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alwin Smith,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>California Substance Abuse Treatment Facility, et al.,<br><br>　　　　Defendants. | No. 1:06-CV-1124--NVW<br><br>**ORDER** |

　　　Having reviewed the record, the Court determines pursuant to 28 USC 1915(e)(2)(B)(I) that, in its current status, this action lacks any arguable basis and is frivolous.

　　　IT IS THEREFORE ORDERED that Plaintiff's *in forma pauperis* status is revoked.

　　　DATED this 9th day of February, 2009.

　　　　　　　　　　　　　　　　　　　　／s／ Neil V. Wake
　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　United States District Judge